**Motion Denied and Order filed November 24, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00383-CV
_____

### RICHARD A. DUNSMORE, Appellant

### V.

### ALLEN HIGHTOWER ET AL, Appellee

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 78057-I**

## ORDER

Appellant Richard Dunsmore appeals the trial court's order denying his motion to recuse. On October 1, 2015, we dismissed the appeal for lack of jurisdiction. On October 19, 2015, Dunsmore filed a document in this court entitled, "Petition for Discretionery [sic] Review." We treat that document as a motion for rehearing. Tex. R. App. P. 49.1. The motion for rehearing is **denied**.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.